1  MICHAEL R. SIMMONDS (SBN 96238)
   msimmonds@snllp.com
2  LIANA MAYILYAN (SBN 295203)
   lmayilyan@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:  (415) 352-2625

6
7  Attorneys for Defendant
   Citibank N.A.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  GERTI MUHO, | ) CASE NO.: 4:14-cv-03219-DMR |
| 13         Plaintiff, | ) **DECLARATION OF DEAN KEENAN** |
| | ) **IN SUPPORT OF DEFENDANT'S** |
| 14      vs. | ) **MOTION TO DISMISS COMPLAINT** |
| 15 | ) Date: August 28, 2014 |
| | ) Time: 11:00 a.m. |
| 16  CITIBANK N.A., | ) Courtroom: 4 - 3rd Floor |
| 17         Defendant. | ) The Honorable Donna M. Ryu |
| 18 | ) |

I, Dean Keenan, declare:

1. I am employed by Citibank, N.A. as the Branch Manager at the branch located at 2000 Shattuck Avenue in Berkeley, California, where I have worked for over eight years. I am authorized to give this declaration in support of Citibank's motion to dismiss. I have personal knowledge of the matters stated herein and am competent to testify thereto.

2. Attached hereto as **Exhibit A** is the signature card for two accounts opened in 2009 by our customer, Gerti Muho. The card, which bears the date August 7, 2009, identifies Mr. Muho's address and two accounts (the "Accounts"): a checking account with an account number ending in 4895, and a money market account with an account number ending in 4903.

3. The Accounts were governed by a written account agreement entitled Client Manual, Consumer Accounts, effective February 15, 2009. It is and has been our standard practice to provide a copy of this agreement at the time a new account is established. Attached hereto as **Exhibit B** is a copy of the Client Manual applicable to the Accounts.

4. Page 33 of the Client Manual lists some of the most common instances in which the Bank may refuse a request for a withdrawal from an account. These include: "If we have some suspicion of fraud, irregularity, or illegality," and "If we have been ordered by a court or other legal process not to permit the withdrawal."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of July, 2014, at Berkeley, California.

_____
Dean Keenan

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served copies of the following documents:

1) **DECLARATION OF DEAN KEENAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT**

by causing such documents to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

Gerti Muho
1300 Clay Street
Oakland, CA 94612

*Plaintiff, In Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 23rd day of July, 2014.

_____
Coral J. Cogbill