**NOT FOR CITATION**[1]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GERTI MUHO,** | Case No.: 14-CV-3219 YGR |
| Plaintiff, | **ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTIONS** |
| v. | |
| **CITIBANK N.A.** *et al.*, | |
| Defendant(s). | |

This Order addresses three purely administrative matters. First, the Court has considered the Motion for Permission for Electronic Filing of *pro se* plaintiff Gerti Muho. (Dkt. No. 22.) Good cause appearing, that motion is **GRANTED**.

Second, the Court has considered plaintiff's Administrative Motion for Leave to Exceed Page Limit for Response to Defendants' [*sic*] Motion to Dismiss. (Dkt. No. 23.) That motion is **DENIED AS MOOT**. Civil Local Rule 7-4(b) governs page limits in both (i) opposition briefs filed by parties opposing a motion and (ii) reply briefs filed in support of the opening motion. N.D. Cal. Civ. L.R. 7-1(b). The Rule provides that, unless the Court orders otherwise, "briefs or memoranda filed with opposition papers may not exceed 25 pages of text and the reply brief or memorandum may not exceed 15 pages of text." *Id.* Here, plaintiff filed an opposition brief of 18 pages, excluding required front matter that does not count toward the page limit. His motion to exceed applicable page limits appears to be premised on a misreading of Rule 7-4(b) insofar as it requests relief from a 15-page limit. The 25-page limit, however, is the one that applied to plaintiff's

---

[1] This Order is designated Not for Citation pursuant to this Court's Civil Local Rule 7-14.

opposition. Thus, plaintiff's motion seeks relief of which he has no need. The motion is moot and is denied as such.

A third matter also warrants mention. Numerous documents served on plaintiff by the Clerk via U.S. mail have been returned undeliverable. (Dkt. Nos. 18, 20, 21.) Plaintiff is reminded of the duties and sanctions contemplated in Civil Local Rule 3-11. Plaintiff shall promptly comply with paragraph (a) of that Rule by "fil[ing] with the Court and serv[ing] upon all opposing parties a Notice of Change of Address specifying [his] new address." Civ. L.R. 3-11(a); *see also* Civ. L.R. 3-9(a).

This Order terminates Docket Nos. 22 and 23.

**IT IS SO ORDERED**.

Date: August 25, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**